UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM YURYEVICH ISAYEV,<br><br>    Petitioner,<br><br>  v.<br><br>WILLIAM KNIPP,<br><br>    Respondent. | No. 2:12-cv-2551 JAM KJN |
| GENNADIY SEVCHUK,<br><br>    Petitioner,<br><br>  v.<br><br>MATTHEW CATE,<br><br>    Respondent. | No. 2:12-cv-2857 JKS |
| MARIYA STEPANOV,<br><br>    Petitioner,<br><br>  v.<br><br>W. MILLER, Warden,<br><br>    Respondent. | No. 2:12-cv-2644 JKS |

ORDER

Counsel for respondent filed a notice of related cases in the above actions. (ECF No. 33.)

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). All of the petitioners were jointly tried in the Sacramento County Superior Court; each at least partly joined in the others' direct appellate briefs; and their direct appeals were jointly decided. In addition, the state court record overlaps all three cases.

Moreover, the undersigned issued memorandum decisions denying relief in two of the cases. Absent relation, there could be substantial duplication of labor. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the action denominated as 2:12-cv-2551 JAM KJN is reassigned to the undersigned for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:12-cv-2551 JKS.

IT IS SO ORDERED.

Dated: April 12, 2018.

                                                /s/James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                      Senior United States District Judge